| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND | * | IN THE |
|---|---|---|
| | * | COURT OF APPEALS |
| v. | * | OF MARYLAND |
| | * | Misc. Docket AG No. 26, September Term, 2020 |
| | * | |
| OLUFOLAJIMI ABAYOMI KOLAWOLE | * | (No. C-13-CV-20-000588, Circuit Court for Howard County |

**O R D E R**

Upon consideration of the Joint Petition of the Attorney Grievance Commission of Maryland and the Respondent, Olufolajimi Abayomi Kolawole, to indefinitely suspend the Respondent from the practice of law with the right to petition for reinstatement in six months, it is this 5th day of February, 2021

**ORDERED**, by the Court of Appeals of Maryland, that effective March 15, 2021, the Respondent, Olufolajimi Abayomi Kolawole, be indefinitely suspended from the practice of law in the State of Maryland with the right to reapply after six months for violations of Rules 1.1, 1.3, 1.4, 4.1, and 8.4(a), (c) and (d) of the Rules of Professional Conduct; and it is further

**ORDERED**, that, on March 15, 2021, the Clerk of this Court shall remove the name of Olufolajimi Abayomi Kolawole from the register of attorneys in this Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761.

Pursuant to Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



/s/ Robert N. McDonald
Senior Judge

Suzanne C. Johnson, Clerk